■ In the Matter of Skyvinn W., a Child Alleged to be Neglected. Herkimer County Department of Social Services, Respondent; Christopher W., Appellant, et al., Respondent. (Appeal No. 1.) [4 NYS3d 571]—Appeal from an order of the Family Court, Herkimer County (John J. Brennan, J.), entered September 10, 2013 in a proceeding pursuant to Family Court Act article 10. The order, among other things, directed respondent Christopher W. to stay away from Skyvinn W.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Kelly F. v Gregory A.F.*, 34 AD3d 1277, 1277 [2006]). Present—Smith, J.P., Valentino, Whalen and DeJoseph, JJ.